## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brenda Ann Smith, | Case No. 21-cv-1347 (PAM/BRT) |
| Plaintiff, | |
| v. | |
| City of Minneapolis, a municipal entity; Officer Does, in their individual capacity, | **JOINT STIPULATION FOR AMENDED SCHEDULING ORER** |
| Defendants. | |

Plaintiff Brenda Ann Smith ("Plaintiff") and Defendants City of Minneapolis and Officer Does ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following proposed amendments to the Court's Pre-Trial Scheduling Order (ECF Doc. 37 ("First Pretrial Scheduling Order")).

The parties submit that there is good cause for the modifications due to the time required for Plaintiff to review voluminous video footage from the location and time where she alleges that she was struck by a 40mm projectile. Plaintiff requested the video footage in discovery on February 23 and Defendant provided the video on April 28. There were 68 videos of varying length covering a two-hour time period. Plaintiff needs time to carefully review all video provided to attempt to identify the John Doe officer who struck her, or to make further discovery requests. The proposed modification extends the below deadlines contained in the original Pretrial Scheduling Order by 45 days. The deadlines for expert disclosures, dispositive motions, and trial are unchanged.

1

Accordingly, the parties jointly request that the First Pretrial Scheduling Order be modified as set out below:

## PROPOSED AMENDED SCHEDULE

| Event | Current Date | New Date |
| --- | --- | --- |
| Commence Fact Discovery In Time to be Completed By | October 31, 2022 | December 15, 2022 |
| Document Discovery Substantial Completion | July 29, 2022 | September 12, 2022 |
| Rule 30(b)(6) deposition notices served | July 29, 2022 | September 12, 2022 |
| Rule 35 Medical Exam | September 30, 2022 | November 14, 2022 |
| Meet and Confer re: Experts and Fields | August 31, 2022 | October 14, 2022 |
| Motions to Join Other Parties | May 31, 2022 | July 15, 2022 |
| Motions to Amend the Pleadings | June 30, 2022 | August 15, 2022 |
| Non-Dispositive Motions (Fact Discovery) | October 31, 2022 | December 15, 2022 |
| Settlement Conference | June 6, 2022 | A date after July 15, 2022 |

Dated: May 30, 2022          PETER W. GINDER
                             Acting City Attorney

                             BY: */s/Heather Robertson*
                             HEATHER P. ROBERTSON (0390470)
                             KRISTIN R. SARFF (0388003)
                             SHARDA ENSLIN (0389370)
                             Assistant City Attorneys
                             Minneapolis City Attorney's Office
                             350 South Fifth Street, Room 210
                             Minneapolis, MN 55415
                             (612) 673-3949
                             heather.robertson@minneapolismn.gov
                             kristin.sarff@minneapolismn.gov
                             shard.enslin@minneapolismn.gov

                             *Attorneys for Defendants*


Dated:  May 30, 2022         */s/ Nico Ratkowski*
                             NICO RATKOWSKI (0400413)
                             Contreras & Metelska, P.A.
                             200 University Avenue W., STE 200
                             Saint Paul, MN 55103
                             (651) 771-0019
                             nico@contrerasmetelska.com

                             *Attorney for Plaintiff*