UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Brenda Ann Smith, | Court File No. 21-cv-1347 (PAM/DTS) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| City of Minneapolis, a municipal entity; Officer Does, in their individual capacity, | |
| Defendants. | |

_____

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and parties with prejudice and without costs to any party.

1

| | |
|---|---|
| Dated: 12/02/2022 | Dated: 12/14/2022 |
| | |
| */s/Nico Ratkowski* | KRISTYN M. ANDERSON |
| NICO RATKOWSKI (#0400413) | City Attorney |
| Contreras & Metelska, P.A. | By |
| 663 University Avenue W., Ste 200 | |
| Saint Paul, MN  55104 | */s/Heather P. Robertson* |
| P: (651) 771-0019 | HEATHER P. ROBERTSON (#0390470) |
| nico@contrerasmetelska.com | KRISTIN R. SARFF (#0388003) |
| | SHARDA ENSLIN (#0389370) |
| *Attorney for Plaintiff* | Assistant City Attorneys |
| | Room 210, City Hall |
| | 350 South Fifth Street |
| | Minneapolis, MN  55415 |
| | ((612) 673-3949 |
| | (612) 673-3919 |
| | (612) 673-2180 |
| | heather.robertson@minneapolismn.gov |
| | kristin.sarff@minneapolismn.gov |
| | sharda.enslin@minneapolismn.gov |
| | |
| | *Attorneys for Defendant City of Minneapolis* |